**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARLENE RIVERA,

                             Plaintiff,                     20 **CIVIL** 7215 (CS) (JCM)

             -v-                                **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                             Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 17, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purposed of conducting further administrative proceedings.

**Dated:** New York, New York
            May 17, 2021

                                                              **RUBY J. KRAJICK**
                                                        _____
                                                               **Clerk of Court**
                                             **BY:**
                                                               **Deputy Clerk**